ACCEPTED
04-15-00312-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/27/2015 4:52:46 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00312-CV

IN THE COURT OF APPEALS
FOR THE FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/27/15 4:52:46 PM
KEITH E. HOTTLE
Clerk

**Luis and Janeth Moreno, individually and on behalf of their daughter GM**

**v. Rosa Vida, Individually**

*Trial Court Cause No. 2015CVT000802 D3, in
the 341st District Court, Webb County, Texas
The Honorable Beckie Palomo, Presiding*

**APPELLANTS' MOTION TO DISMISS APPEAL**

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

COMES NOW Appellants Luis and Janeth Moreno, individually and on behalf of G.M., and respectfully ask the Court to dismiss this appeal.

### I.

Appellants are Luis and Janeth Moreno, individually and on behalf of G.M. Appellant perfected the appeal on May 15, 2015, when they filed a notice of appeal.

### II.

On June 12, 2015, Appellants reached a settlement with Appellee's co-defendant in the underlying case, Mary Help of Christians School.

1

**III.**

The Court has the authority under Texas Rule of Appellate Procedure 42.1(a) to grant this motion to dismiss. Therefore, Appellants request the Court dismiss the appeal in whole.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellants Luis and Janeth Moreno, Individually and on behalf of their daughter G. M. respectfully move this Court to dismiss the appeal in whole. Appellants further pray for such other relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

BY: *"/s/ Ronald Rodriguez"*
Ronald Rodriguez

THE LAW OFFICES OF RONALD RODRIGUEZ, P.C.
Ronald Rodriguez
SBN 00788306
Willard Clark
SBN 24087307
915 Victoria Street
Laredo, Texas 78040
(956) 796-1000 – Telephone
(956) 796-1002 – Fax
ron@ronaldrodriguez.com
will@ronaldrodriguez.com

ATTORNEYS FOR APPELLANTS
LUIS AND JANETH MORENO, INDIVIDUALLY AND ON BEHALF OF
THEIR DAUGHTER GM (VICTIM)

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for Appellee regarding this motion.

Appellee had not responded at the time of filing this motion.

*"/s/ Ronald Rodriguez"*
Ronald Rodriguez

## CERTIFICATE OF SERVICE

I certify that I served opposing counsel on July 27, 2015, in accordance with

the Rules of Appellate Procedure.

*"/s/ Ronald Rodriguez"*
Ronald Rodriguez